**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| SHAKA JACOBS, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:24-CV-124 (LAG) |
| FOREMOST INSURANCE CO., GRAND RAPIDS, MICHIGAN, | : |
| Defendant. | : |

## ORDER

The Parties have advised the Court that they have settled this case. (Doc. 10). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case in order to allow the Parties to finalize the settlement agreement at issue. The Parties are **ORDERED** to file a Stipulation of Dismissal or move to reopen this case no later than **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 2nd day of April, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT**